# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

MELVIN HALL                                                                    PLAINTIFF

V.                                                     NO. 1:09CV029-A-S

STATE OF MISSISSIPPI, et al.                                      DEFENDANTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the 12th day of March, 2009.


                                                             /s/ Sharion Aycock
                                                             UNITED STATES DISTRICT JUDGE
                                                             NORTHERN DISTRICT OF MISSISSIPPI